Eric R. McVittie OSBA #02564
emcvittie@legros.com
Marc E. Warner, *Pro Hac Vice*
mwarner@legros.com
LeGros Buchanan & Paul, P.S.
701 Fifth Avenue, Suite 2500
Seattle, WA  98104-7051
Phone:  206.623.4990
Facsimile:  206.467.4828
Attorneys for Defendants

FILED
JAN 04 2011

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ALVIN L. HOLDIMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>KELLY E. SMOTHERMAN, SMOTHERMAN FISHING, INC. AND SMOTHERMAN SEAFOODS, INC.,<br><br>                    Defendants<br><br>DENNIS L. STURGELL, FIERCE CONTENDER, INC., and the F/V SEA SICK II aka THE BIG WAVE<br><br>                    Third-Party Defendants | No. 10-CV-482-AC<br><br>ORDER OF DISMISSAL |

Based upon the stipulated motion signed by all parties, through their counsel, this matter is hereby dismissed with prejudice and without costs.

DATED this 4th day of January, 2011.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
            Magistrate

ORDER OF DISMISSAL - Page 1
[10-CV-482-AC]

27132 ll291402

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON  98104-7051
(206) 623-4990